1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9          CENTRAL DISTRICT OF CALIFORNIA
10
11   CHRIS KOHLER,                          Case No. 2:10-cv-06278-AHM (JCGx)

12        Plaintiff,

13   v.                                     ORDER RE: JOINT
                                            STIPULATION FOR DISMISSAL
14   RITE AID CORPORATION dba RITE
     AID #05671 et al.,
15
          Defendants.
16   _____/

17        Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff

18   Chris Kohler and defendants Rite Aid Corporation dba Rite Aid #05671 and WEC

19   98D-25, LLC,

20        IT IS HEREBY ORDERED that the above-entitled action is dismissed with

21   prejudice in its entirety.

22   Dated: August 18, 2011

23
                                            _____
24                                          United States District Judge

25
26
27
28

Order re: Joint Stipulation for Dismissal                    *Kohler v. Rite Aid Corporation., et al.*
                            - 1 -                              Case No. 2:10-cv-06278-AHM-JCG